GARDNER, Appellant, v. MARCONI WIRELESS TELEGRAPH CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Henry Gardner against the Marconi Wireless Telegraph Company of America. F. Bien, for appellant. C. A. De Gersdorff, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GARDNER v. MARCONI WIRELESS TELEGRAPH CO. OF AMERICA et al. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Henry Gardner against Marconi Wireless Telegraph Company of America and the Greater New York Security Company. No opinion. Order affirmed, with $10' costs and disbursements.

GARNER et al., Appellants, v. PORT JERVIS, M. & N. Y. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by George W. Garner and another against the Port Jervis, Monticello & New York Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

GAUSE, Respondent, v. COMMONWEALTH TRUST CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Appeal from Special Term, New York County. Action by Harry T. Gause against the Commonwealth Trust Company. From an order overruling the defendant's demurrer to the complaint, defendant appeals. Reversed. Charles E. Souther, for appellant. Howard Taylor, for respondent.

McLAUGHLIN, J. We think that this demurrer was not frivolous, and that the question as to the validity of the complaint should be determined upon in a trial of the issue of law raised by the demurrer. The order should be reversed, with $10 costs and disbursements, and the motion for judgment denied, with $10 costs. See 91 N. Y. Supp. 847.

PATTERSON and INGRAHAM, JJ., concur. O'BRIEN, P. J., and HATCH, J., dissent.

GESSLER, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Harriet Gessler against the Lehigh Valley Railroad Company.

PER CURIAM. Motion for reargument granted, unless within 10 days after service of a copy of this order, together with notice of entry thereof, the respondent files and serves upon the appellant's attorneys a stipulation consenting to the amendment of the judgment appealed from, and also the order and judgment of affirmance on appeal, by striking therefrom the recital and judgment that the complaint be dismissed on the merits, in which event the motion is denied. See 91 N. Y. Supp. 1095.

GLOBE & RUTGERS INS. CO., Appellant, v. ROBBINS & MEYER CO., Respondent. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by the Globe & Rutgers Insurance Company against the Robbins & Meyer Company. P. Lindsley, for appellant. H. Melville, for respondent. No opinion. Reargument ordered.

GOLDMARK, Respondent, v. McCOLL, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Ralph W. Goldmark against Francis P. McColl, impleaded. L. M. Berkeley, for appellant. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re GRADE DAMAGE COMMISSION. In re GEISZLER. In re KAHRS. In re DE VINNE. (Supreme Court, Appellate Division, First Department. June 23, 1905.) In the matter of the grade damage commission. In the matter of Geiszler. In the matter of Kahrs. In the matter of De Vinne. No opinion. Motions granted. Time extended to December 1, 1905.

In re GRAVES. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) In the matter of Horace Graves, an attorney. No opinion. Reference ordered, under section 68 of the Code of Civil Procedure, to Hon. Walter H. Jaycox, to take testimony in reference to the charges herein and to report the same to this court, with his opinion thereon.

GREEN ISLAND ICE CO., Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by the Green Island Ice Company against Daniel Norton.

PER CURIAM. Judgment unanimously affirmed, with costs, on the opinion of Herrick, J., at Special Term. 86 N. Y. Supp. 613. CHASE, J., concurs in result.

GREENWICH INS. CO., Appellant, v. OGDENSBURG POWER & LIGHT CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by the Greenwich Insurance Company against the Ogdensburg Power & Light Company. No opinion. Judgment unanimously affirmed, with costs.

GRIFFEN, Respondent, v. BEATTY, Appellant. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Henry C. Griffen against Robert Beatty. From a judgment in favor of plaintiff, defendant appeals. Modified. Straley & Hasbrouck, for appellant. John Callahan, for respondent.

SCOTT, P. J. Allowing the most favorable aspect of the case to plaintiff, I do not see how this judgment can be sustained. The amount sued for is $23.09, which is the balance claimed to be due by the bill of particulars. In his bill